that the judgment gives to plaintiff greater relief than she is entitled to, the evidence is so unsatisfactory and uncertain, and the confused state of the record leaves it in doubt as to whether plaintiff has established her case by a fair preponderance of the evidence, the judgment cannot be permitted to stand. Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ., concurred.

Michael J. Mooney, Respondent, v. Charles O. Baumann, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Burr, Thomas, Rich, Stapleton and Putnam, JJ.

Theodore R. Moore, Respondent, v. Atlantic Beach Realty Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Eugenie H. Nicholson, Administratrix, etc., of Charles Nicholson, Deceased, Respondent, v. The City of New York, Appellant.— The circumstances of plaintiff's [intestate's] alighting with other passengers from the street car at a point of transfer, and following his fellow-passengers toward the curb, showed no negligence. He was struck in the back by defendant's ash cart approaching from the rear. The deceased being free from contributory negligence, the question of burden of proof on that issue was merely academic. After having a full, clear and correct charge as to the duties of an alighting passenger, the jury could not fail to apply the right rule to the intestate's conduct. Judgment and order unanimously affirmed, with costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Mildred A. Nies, an Infant, by Bertha Nies, Her Guardian ad Litem, Appellant, v. Brooklyn Union Elevated Railroad Company, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr and Stapleton, JJ.; Putnam, J., taking no part.

The People of the State of New York, Respondent, v. Henry Bryant, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

The People of the State of New York ex rel. Franklin P. Noble, Respondent, v. John F. Remsen and Others, Constituting the Board of Water Commissioners, etc., of the Town of North Hempstead, County of Nassau, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

The People of the State of New York ex rel. Franklin P. Noble, Relator, v. John F. Remsen and Others, Constituting the Board of Water Commissioners, etc., of the Town of North Hempstead, County of Nassau, Respondents.— Determination confirmed and writ of certiorari dismissed, without costs. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

Aaron Rose and Esther Rose, Respondents, v. Fannie Adler, Appellant. — Judgment affirmed, with costs. (See *Turner* v. *Howard*, 10 App. Div. 555, as to legal effect of the recitals as to consideration in the deed of Lud-